GABROY LAW OFFICES.
Christian Gabroy (#8805)
Jeff Scarborough (#14114)
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel (702) 259-7777
Fax (702) 259-7704
christian@gabroy.com
jscarborough@gabroy.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MELANIE GARDNER-ALLEN, an individual;<br><br>Plaintiff,<br>vs.<br><br>SEVEN HILLS HOSPITAL, INC. d/b/a and a/k/a SEVEN HILLS: LAS VEGAS BEHAVIORAL HEALTH TREATMENT CENTER AND HOSPITAL d/b/a and a/k/a SEVEN HILLS BEHAVIORAL INSTITUTE; EMPLOYEE(S)/AGENT(S) DOES 1-10; and ROE CORPORATIONS 11-20, inclusive;<br><br>Defendant. | Case No: 2:16-cv-02519-RFB-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Melanie Gardner-Allen ("Plaintiff" or "Gardner-Allen") and Defendant Seven Hills Hospital, Inc. ("Defendant" or "Seven Hills"), by and through their respective counsel, hereby stipulate and agree that:

1. Plaintiff hereby dismisses voluntarily the above-captioned lawsuit against Defendant, with prejudice. Each party shall bear their own respective costs and fees.

4823-5445-9473.1

2. In view of the foregoing, it is appropriate for this action to be dismissed in its entirety. This case shall be DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(2) and without any award of fees or costs.

DATED this 19th day of October 2017.

| McDONALD CARANO LLP | GABROY LAW OFFICES |
|---|---|
| By: /s/ *Kristen T. Gallagher*<br>Kristen T. Gallagher, Esq.<br>2300 W. Sahara Ave., Suite 1200<br>Las Vegas. NV 89102<br>kgallagher@mcdonaldcarano.com<br><br>Joshua T. Wood, Esq.<br>Waller Lansden Dortch & Davis<br>Nashville City Center<br>511 Union Street, Suite 2700<br>Nashville, Tennessee 37219<br>Josh.wood@wallerlaw.com<br>(admitted *pro hac vice*)<br><br>*Attorneys for Defendant* | By: */s/Christian Gabroy*<br>Christian Gabroy, Esq.<br>The District at Green Valley Ranch<br>170 South Green Valley Parkway<br>Suite 280<br>Henderson, NV 89012<br>christian@gabroy.com<br><br>*Attorney for Plaintiff* |

IT IS ORDERED.

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 24th day of October, 2017.

GABROY LAW OFFICES
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 259-7777  FAX: (702) 259-7704